IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES LANEAL LEE, III,

    Petitioner,

v.

FEDERAL CORRECTIONAL
INSTITUTION SHERIDAN
ACTING WARDEN JOSE NUNEZ,

    Respondent.

Case No. 3:25-cv-00983-AB

JUDGMENT

**Baggio, District Judge:**

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.

02/02/2026
DATE

*Amy M. Baggio*
Amy M. Baggio
United States District Judge

1 - JUDGMENT